UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:15CR00052 SNLJ |
| JERRY L. GATER, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni (#57), filed September 10, 2015 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence (#26) and Supplemental Motions (#33 and 35) are **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Discovery and Motions to Compel (#24, 31 and 53) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion for Discovery/Amendments (#28) is **DENIED** as moot.

**IT IS FINALLY ORDERED** that Defendant's Motion for Dismissal of Charges and Case No. 1:15CR52 (#49) is **DENIED** as moot.

**SO ORDERED** this 23rd day of September, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE